United States District Court
For the Northern District of California

1

2          **NOT FOR CITATION**

3          UNITED STATES DISTRICT COURT

4          NORTHERN DISTRICT OF CALIFORNIA

5

6

7   RAYMUNDO PALACIOS,                          No. C 06-7619 PJH (PR)

8                    Plaintiff,                 **ORDER OF SERVICE**

9      vs.

10  ANTHONY A. KANE, Warden; G.A.
    ORTIZ, AW(A); J. SISK, AW(A); J.A.
11  SOASES, Captain (A); L. CHAVEZ,
    Lieutenant,
12
                     Defendants.
13  _____/

14

15       This is a civil rights case filed pro se by a state prisoner.  Plaintiff alleges that

16  defendants failed to protect him and that he was attacked as a result.  In the initial review

17  order the court dismissed the complaint with leave to amend because plaintiff had not

18  mentioned defendants other than Chavez, and as to Chavez, had not alleged sufficient

19  facts to state a claim that Chavez was deliberately indifferent to his safety.  He has

20  amended, deleting all defendants except Chavez.  The other defendants therefore will be

21  dismissed from the case.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir.1992)

22  (defendants not named in an amended complaint are no longer defendants).

23       *1.  Review of amended complaint*

24       As to Chavez, the defect of the original complaint was that plaintiff had not alleged

25  facts which suggested that Chavez should have been aware of a genuine danger to

26  plaintiff's safety.  In the amended complaint, plaintiff alleges that his family called Chavez to

27  inform him that plaintiff was in danger, and that when Chavez interviewed plaintiff, plaintiff

28  told him that he needed protective custody but would not or could not provide the names of

**United States District Court**
For the Northern District of California

1   his potential assailants.   He also alleges that he told Chavez that the assailants were going

2   to "remove him from the yard" because they thought he was a child molester, and told him

3   that when plaintiff could not provide arrest records or reports, "this caused even greater

4   resentment."  Plaintiff was knifed later that day.

5          This is sufficient to require a response.

6          *2. Motion for counsel*

7          Plaintiff moves for appointment of counsel.

8          There is no constitutional right to counsel in a civil case.  *Lassiter v. Dep't of Social*

9   *Services*, 452 U.S. 18, 25 (1981).  28 U.S.C. § 1915 confers on a district court only the

10  power to "request" that counsel represent a litigant who is proceeding in forma pauperis.

11  28 U.S.C. § 1915(e)(1).  This does not give the courts the power to make "coercive

12  appointments of counsel."  *Mallard v. United States Dist. Court*, 490 U.S. 296, 310 (1989).

13         The court may ask counsel to represent an indigent litigant under § 1915 only in

14  "exceptional circumstances," the determination of which requires an evaluation of both (1)

15  the likelihood of success on the merits and (2) the ability of the plaintiff to articulate his

16  claims pro se in light of the complexity of the legal issues involved.  *Terrell v. Brewer*, 935

17  F.2d 1015, 1017 (9th Cir. 1991); *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir.

18  1986).

19         It is difficult to evaluate plaintiff's chances of success on the merits, given the early

20  stage of the case.  In any event, plaintiff appears able to present his claims adequately, and

21  the issues are not complex.  The motion for appointment of counsel will be denied.

22                                **CONCLUSION**

23         1.  Plaintiff's claims against defendants Kane, Ortiz, Sisk, and Soases are

24  **DISMISSED** with prejudice.  His motion for appointment of counsel (document number 5 on

25  the docket) is **DENIED**.

26         2.  The clerk shall issue summons and the United States Marshal shall serve,

27  without prepayment of fees, copies of the complaint with attachments and copies of this

28  order on the following defendant:  Lieutenant L. Chavez.  Plaintiff states that he can be

                                        2

1   found at the Correctional Training Facility in Soledad.

2          3.  In order to expedite the resolution of this case, the court orders as follows:

3                  a.  No later than sixty days from the date of service, defendants shall file a

4   motion for summary judgment or other dispositive motion.  The motion shall be supported

5   by adequate factual documentation and shall conform in all respects to Federal Rule of

6   Civil Procedure 56, and shall include as exhibits all records and incident reports stemming

7   from the events at issue.  If defendants are of the opinion that this case cannot be resolved

8   by summary judgment, they shall so inform the court prior to the date their summary

9   judgment motion is due.  All papers filed with the court shall be promptly served on the

10  plaintiff.

11                 b.  Plaintiff's opposition to the dispositive motion, if any, shall be filed with the

12  court and served upon defendants no later than thirty days from the date the motion was

13  served upon him.  Plaintiff must read the attached page headed "NOTICE -- WARNING,"

14  which is provided to him pursuant to *Rand v. Rowland*, 154 F.3d 952, 953-954 (9th Cir.

15  1998) (en banc), and *Klingele v. Eikenberry*, 849 F.2d 409, 411-12 (9th Cir. 1988).

16     If defendants file an unenumerated motion to dismiss claiming that plaintiff failed to

17  exhaust his available administrative remedies as required by 42 U.S.C. § 1997e(a), plaintiff

18  should take note of the attached page headed "NOTICE -- WARNING (EXHAUSTION),"

19  which is provided to him as required by *Wyatt v. Terhune*, 315 F.3d 1108, 1120 n. 4 (9th

20  Cir. 2003).

21                 c.  If defendants wish to file a reply brief, they shall do so no later than fifteen

22  days after the opposition is served upon them.

23                 d.  The motion shall be deemed submitted as of the date the reply brief is

24  due.  No hearing will be held on the motion unless the court so orders at a later date.

25     4.  All communications by plaintiff with the court must be served on defendants, or

26  defendants' counsel once counsel has been designated, by mailing a true copy of the

27  document to defendants or defendants' counsel.

28  ///

**United States District Court**
For the Northern District of California

United States District Court

For the Northern District of California

1      5.  Discovery may be taken in accordance with the Federal Rules of Civil Procedure.

2 No further court order under Federal Rule of Civil Procedure 30(a)(2) or Local Rule 16-1 is

3 required before the parties may conduct discovery.

4      6.  It is plaintiff's responsibility to prosecute this case.  Plaintiff must keep the court

5 informed of any change of address by filing a separate paper with the clerk headed "Notice

6 of Change of Address."  He also must comply with the court's orders in a timely fashion.

7 Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to

8 Federal Rule of Civil Procedure 41(b).

9

10     **IT IS SO ORDERED.**

11

12 Dated:  May ___15___, 2007.                                                                   

13                                    PHYLLIS J. HAMILTON
                                 United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   G:\PRO-SE\PJH\CR.06\PALACIOS619.SRV

**United States District Court**
For the Northern District of California

1

2

3                       **NOTICE -- WARNING**

4                       **(SUMMARY JUDGMENT)**

5

6          If defendants move for summary judgment, they are seeking to have your case dismissed. A

7   motion for summary judgment under  Rule 56 of the Federal Rules of Civil Procedure will, if

8   granted, end your case.

9          Rule 56 tells you what you must do in order to oppose a motion for summary judgment.

10  Generally, summary judgment must be granted when there is no genuine issue of material fact--that

11  is, if there is no real dispute about any fact that would affect the result of your case, the party who

12  asked for summary judgment is entitled to judgment as a matter of law, which will end your case.

13  When a party you are suing makes a motion for summary judgment that is properly supported by

14  declarations (or other sworn testimony), you cannot simply rely on what your complaint says.

15  Instead, you must set out specific facts in declarations, depositions, answers to interrogatories, or

16  authenticated documents, as provided in Rule 56(e), that contradict the facts shown in the

17  defendant's declarations and documents and show that there is a genuine issue of material fact for

18  trial. If you do not submit your own evidence in opposition, summary judgment, if appropriate, may

19  be entered against you. If summary judgment is granted, your case will be dismissed and there will

20  be no trial.

21

22

23

24

25

26

27

28

5

**United States District Court**

For the Northern District of California

1

2

3

4                                          **NOTICE -- WARNING**

5                                             **(EXHAUSTION)**

6          If defendants file an unenumerated motion to dismiss for failure to exhaust, they are seeking

7    to have your case dismissed.  If the motion is granted it will end your case.

8          You have the right to present any evidence you may have which tends to show that you did

9    exhaust your administrative remedies.  Such evidence may be in the form of declarations (statements

10   signed under penalty of perjury) or authenticated documents, that is, documents accompanied by a

11   declaration showing where they came from and why they are authentic, or other sworn papers, such

12   as answers to interrogatories or depositions.

13         If defendants file a motion to dismiss and it is granted, your case will be dismissed and there

14   will be no trial.

15

16

17

18

19

20

21

22

23

24

25

26

27

28