UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

RAYMUNDO PALACIOS,

    Plaintiff,

vs.

ANTHONY A. KANE, Warden; G.A. ORTIZ, AW(A); J. SISK, AW(A); J.A. SOASES, Captain (A); L. CHAVEZ, Lieutenant,

    Defendants.
_____/

No. C 06-7619 PJH (PR)

**ORDER REGARDING SERVICE; INSTRUCTIONS TO CLERK AND MARSHAL**

This is a civil rights case filed pro se by a state prisoner. Plaintiff has abandoned all claims except those against Lieutenant L. Chavez. The court ordered service upon Chavez, but the marshal reports that no return of service has been received from him.

The court staff has confirmed with CTF/Soledad State Prison that Lieutenant L. Chavez is employed there. The clerk shall again issue summons and the marshal shall serve it, if necessary by personal service. The clerk shall provide a copy of the amended complaint and the order of service to be served with the summons.

**IT IS SO ORDERED.**

Dated: 2/11/10

    PHYLLIS J. HAMILTON
    United States District Judge

P:\PRO-SE\PJH\CR.06\PALACIOS619.Service problem.wpd